# United States District Court

SOUTHERN _____ DISTRICT OF __NEW YORK__

DIANNE ROCHENSKI,

        Plaintiff,

V.

MANHATTAN MOTORCARS, INC. and
EVAN CHRISTODOULOU,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CV 4818**

**JUDGE BATTS**

TO: (Name and address of defendant)

Manhattan Motorcars, Inc.
270 11th Avenue
New York, New York 10001

Evan Christodoulou
Porsche of Roslyn
22 Mineola Avenue
Roslyn Heights, New York 11577

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Frankfurt Kurnit Klein & Selz, P.C.
488 Madison Avenue
New York, New York 10022
(212) 980-0120

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 0 6 2007

J. MICHAEL McMAHON
CLERK

BY DEPUTY CLERK

DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANNE ROCHENSKI,

        Plaintiff,

-v-

MANHATTAN MOTORCARS, INC. and
EVAN CHRISTODOULOU,

        Defendants.

07 Civ. 4818 (DAB)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                            ss.:
COUNTY OF NEW YORK)

    DONALD THORESEN, being duly sworn, deposes and says:

    I am not a party to this action, am over eighteen years of age, and reside in Kings County, New York.

    On June 7, 2007, at approximately 11:49 a.m., I personally served a summons and complaint upon Manhattan Motorcars, Inc. at its place of business located at 270 Eleventh Avenue, New York, New York 10001, by hand delivering a true copy of same to, and leaving it with, Precious Gardini, Receptionist, who stated to me that she was an agent authorized to accept service on behalf of Manhattan Motorcars, Inc.

    Ms. Gardini is described to wit: Female, brown skin, brown hair, approximately 20-30 years of age, approximately 115-125 pounds and approximately 5'5"-5'7".

                                                                   _____
                                                                   Donald Thoresen

Sworn to before me this
12th day of June, 2007

_____
Notary Public

ROSEMARY SETTEDUCATO
Notary Public, State of New York
No. 24-4678133
Qualified in New York County
Commission Expires Dec 31, 20_1_0