6/21/2007 11:39:29 AM    Berrios, Jennifer
JUN-20-2007 WED 05:54 PM PUTNEY TWOMBLY,HALL LLP    FAX NO. 212-867-0000    Page 3    P. 02

BATTS, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIANNE ROCHENSKI,

                Plaintiff,

-against-

MANHATTAN MOTORCARS, INC.
and EVAN CHRISTODOULOU,

                Defendants.

---

Civil Action No.: 07 Civ. 4818 (DAB)(GWG)

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff, Dianne Rochenski and Defendant, Manhattan Motorcars, Inc., that the time for Defendant, Manhattan Motorcars, Inc., to answer, move or otherwise respond to the Complaint is hereby extended to and including July 27, 2007.

Dated: New York, New York
      June 21, 2007

_Edward Hernstadt_ (EH 9569)
Lia N. Brooks (LB 0618)
FRANKFURT KURNIT KLEIN
  & SELZ, P.C.
488 Madison Avenue
New York, New York 10022
(212) 826-5582
*Attorneys for Plaintiff*

_Alexander Soric_ 6/21/07
James E. McGrath, III (JM 6807)
Alexander Soric (AS 3305)
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
*Attorneys for Defendant,
Manhattan Motorcars, Inc.*

Dated: New York, New York
      June ____, 2007

IT IS SO ORDERED:

_Deborah A. Batts_ 6/20/2007
Hon. Deborah A. Batts, U.S.D.J.