UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DIANNE ROCHENSKI,**<br><br>     Plaintiff,<br><br> -against-<br><br>**MANHATTAN MOTORCARS, INC.**<br>**and EVAN CHRISTODOULOU,**<br><br>     Defendants. | **Civil Action No.: 07 Civ. 4818 (DAB) (GWG)** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE,** that I have been retained by Defendant, Manhattan Motorcars, Inc., in connection with above-referenced matter. Please add my appearance to the docket sheet on behalf of the Defendant, Manhattan Motorcars, Inc., as lead attorney in this matter.

Dated: New York, New York
   July 26, 2007

                ___/s/ AS_____
                Alexander Soric (AS 3305)
                **PUTNEY, TWOMBLY, HALL & HIRSON LLP**
                521 Fifth Avenue
                New York, New York 10175
                (212) 682-0020
                E-mail Address: asoric@putneylaw.com
                *Attorneys for Defendant,*
                *Manhattan Motorcars, Inc.*

To:    Edward Hernstadt (EH 9569)
        Lia N. Brooks (LB 0618)
        FRANKFURT KURNIT KLEIN
           & SELZ, P.C.
        488 Madison Avenue
        New York, New York 10022
        (212) 826-5582
        *Attorneys for Plaintiff*

        Mr. Evan Christodoulou
        Porsche of Roslyn
        22 Mineola Avenue
        Roslyn Heights, New York 11577
        *Defendant, Pro Se*