BATTS.

Jul 26 07 01:41p    Evan Christodoulou.                                    p.2

JUL-26-2007  10:47        212 371 2883

```
                                            212 371 2883   P.01
                                        ┌─────────────────────────┐
                                        │ USDC SDNY               │
                                        │ DOCUMENT                │
                                        │ ELECTRONICALLY FILED    │
                                        │ DOC #: _____      │
                                        │ DATE FILED: 7/26/2007   │
                                        └─────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANNE ROCHENSKI,

               Plaintiff,

-against-

MANHATTAN MOTORCARS, INC.
and EVAN CHRISTODOULOU,

               Defendants.

Civil Action No.: 07 Civ. 4818 (DAB) (GWG)

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Dianne Rochenski and Defendants, Manhattan Motorcars, Inc., and Evan Christodoulou that the time for Defendants, Manhattan Motorcars, Inc., and Evan Christodoulou to answer, move or otherwise respond to the Complaint is hereby extended to and including August 31, 2007.

Dated: New York, New York
July __, 2007

_Edward Hernstadt_
Edward Hernstadt (EH 9569)
Lia N. Brooks (LB 0618)
FRANKFURT KURNIT KLEIN
& SELZ, P.C.
488 Madison Avenue
New York, New York 10022
(212) 826-5582
_Attorneys for Plaintiff_

Dated: New York, New York
July 26, 2007

_Alexander Soric_
James K. McSmith, III (JM 6897)
Alexander Soric (AS 3305)
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
_Attorneys for Defendant_
_Manhattan Motorcars, Inc._

Dated: Roslyn, New York
July 26, 2007

_E. Christodoulou_
Evan Christodoulou
_Defendant, Pro Se_

**SO ORDERED:**

_Deborah A. Batts_
U.S.D.J.  7/26/2007