Aug 29 07 06:06p   Evan Christodoulou                    516-625-3572           p.1

8/29/2007 4:38:27 PM         Berrios, Jennifer                           Page 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2007
```

DIANNE ROCHENSKI,

                Plaintiff,

-against-

MANHATTAN MOTORCARS, INC.
and EVAN CHRISTODOULOU,

                Defendants.

Civil Action No.: 07 Civ. 4818 (DAB) (GWG)

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Dianne Rochenski and Defendants, Manhattan Motorcars, Inc., and Evan Christodoulou that the time for Defendants, Manhattan Motorcars, Inc., and Evan Christodoulou to answer, move or otherwise respond to the Complaint is hereby extended to and including October 31, 2007.

Dated: New York, New York
August 29, 2007

_____
Edward Hernstadt (EH 9569)
Lia N. Brooks (LB 0612)
FRANKFURT KURNIT KLEIN
& SELZ, P.C.
488 Madison Avenue
New York, New York 10022
(212) 826-5582
*Attorneys for Plaintiff*

Dated: New York, New York
August 30, 2007

_____
James E. McGrath, III (JM 6807)
Alexander Soric (AS 3205)
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
*Attorneys for Defendant,
Manhattan Motorcars, Inc.*

Dated: Roslyn, New York
August 29, 2007

_____
Evan Christodoulou
*Defendant, Pro Se*

**SO ORDERED**

_____
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE