EXHIBIT A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIANNE ROCHENSKI,

            Plaintiff,

-against-

MANHATTAN MOTORCARS, INC.
and EVAN CHRISTODOULOU,

           Defendants.

---

Civil Action No.: 07 Civ. 4818 (DAB)(GWG)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Dianne Rochenski, and Defendant, Manhattan Motorcars, Inc. and Defendant, Evan Christodoulou, that the above entitled action be, and the same hereby is, dismissed with prejudice and without costs to any party as against any other.

Dated: New York, New York
        August 15, 2007

_____
Edward Hernstadt (EH 9569)
Lia N. Brooks (LB 0618)
FRANKFURT KURNIT KLEIN
  & SELZ, P.C.
488 Madison Avenue
New York, New York 10022
(212) 826-5582
*Attorneys for Plaintiff*

Dated: New York, New York
       ~~August~~ October 1, 2007

_____
James E. McGrath, III (JM 6807)
Alexander Soric (AS 3305)
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
*Attorneys for Defendant,
Manhattan Motorcars, Inc.*

Dated: Roslyn, New York
        August ____, 2007

_____
Evan Christodoulou

**SO ORDERED**

_____
DEBORAH A. BATTS  10/31/07
UNITED STATES DISTRICT JUDGE